IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALDISA DE ALVARENGA BARBOSA, HELIO COSTA, GILMARA DE SOUZA COSTA, MARIA APARECEDIA COSTA BARBOSA, CONSOLACAO DE SOUSA, ADRIANA GOMES DA SILVA REIS, DELVANIA GONCALVES, AND GENILDA RODRIGUES CLEMENTE, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KELLERMEYER BERGENSONS SERVICES, LLC,<br><br>　　　　　Defendant. | Civil Action No. 2:24-CV-05633-KSM<br><br>Judge Karen S. Marston |

**STIPULATION FOR AN EXTENSION TO FILE A RESPONSE TO THE COMPLAINT**

　　　　Pursuant to Civil Local Rule 7.4, Defendant Kellermeyer Bergensons Services, LLC ("KBS" or "Defendant") and Plaintiffs Waldisa de Alvarenga Barbosa, Helio Costa, Gilmara de Souzaq Costa, Maria Apaarecedia Costa Barbosa, Consolacao de Sousa, Adriana Gomes da Silva Reis, Delvania Goncalves, and Genilda Rodrigues Clemente ("Plaintiffs" and collectively with Defendant, the "Parties") hereby stipulate to an extension of Defendant's deadline to respond to Plaintiffs' Complaint by thirty (30) days to December 13, 2024.

　　　　A proposed order is attached for the convenience of the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Attorney for Defendant | Attorney for Plaintiffs |
| By: */s/ Jeffrey A. Sturgeon* | By: */s/ Patrick Howard* |

Attorney for Defendant

By: */s/ Jeffrey A. Sturgeon*
    Jeffrey A. Sturgeon
    Paul Evans
    PAUL HASTINGS LLP

    1650 Market Street
    Philadelphia, PA 19103

    200 Park Avenue
    New York, New York 10166
    Tel: 212-318-6000
    jeffreysturgeon@paulhastings.com
    paulevans@paulhastings.com

Attorney for Plaintiffs

By: */s/ Patrick Howard*
    Patrick Howard
    SALTZ MONGELUZZSI BENDESKY

    One Liberty Place, 52nd Floor
    1650 Market Street
    Philadelphia, PA 19103
    Tel: 215-575-39864790
    phoward@smbb.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of November, 2024, a copy of the foregoing Stipulation and Proposed Order was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

               */s/ Jeffrey A. Sturgeon*
               Jeffrey A. Sturgeon