IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALDISA DE ALVARENGA BARBOSA**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**KELLERMEYER BERGENSONS SERVICES, LLC,**<br><br>Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 24-5633-KSM** |

## **SCHEDULING ORDER**

**AND NOW**, this 17th day of December, 2024, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. Counsel shall participate in a settlement conference with Magistrate Judge Carol Sandra Moore Wells to be held via Zoom on **May 1, 2025, at 10:00 a.m.**

2. The parties shall submit a letter to the Court identifying the dates that they have set aside for deposition no later than **January 3, 2025.**

3. All motions to amend the complaint and to join or add additional parties shall be filed no later than **January 3, 2025.**

4. All discovery related to whether conditional certification of the proposed class of individuals is appropriate under Section 216(b) of the Fair Labor Standards Act ("FLSA") shall be completed no later than **April 18, 2025**.

5. Any motion for conditional certification and notice shall be filed no later than **May 16, 2025**.  Any response shall be filed no later than **June 13, 2025.**

6.Following the resolution of any motion for conditional certification and notice, the Court will set deadlines for further discovery and dispositive motions.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**