IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALDISA DE ALVARENGA BARBOSA, HELIO COSTA, GILMARA DE SOUZA COSTA, MARIA APARECEDIA COSTA BARBOSA, CONSOLACAO DE SOUSA, ADRIANA GOMES DA SILVA REIS, DELVANIA GONCALVES, AND GENILDA RODRIGUES CLEMENTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>KELLERMEYER BERGENSONS SERVICES, LLC,<br><br>Defendant. | Civil Action No. 24-5633-KSM |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for defendant Kellermeyer Bergensons Services, LLC ("KBS"), certifies the following:

KBS is wholly owned subsidiary of KBS Topco, LLC, a company registered in Delaware. KBS does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated:  December 18, 2024

PAUL HASTINGS LLP

By:    */s/ Jeffrey A. Sturgeon*
     Jeffrey A. Sturgeon
     Paul Evans
     1650 Market Street
     Philadelphia, Pennsylvania 19103

     200 Park Avenue
     New York, New York 10166
     (t): (212) 381-6000
     (f): (212) 230-7646
     jeffreysturgeon@paulhastings.com
     paulevans@paulhastings.com

     Zara H. Shore (admitted *pro hac vice*)
     2050 M Street NW
     Washington, District of Columbia 20036
     (t): (202) 551-1727
     (f): (202) 551-0227
     zarashore@paulhastings.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 18th day of December, 2024, a true and correct copy of the foregoing disclosure statement was filed electronically using the Court's CM/ECF System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Jeffrey A. Sturgeon*
                                              Jeffrey A. Sturgeon