### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALDISA DE ALVARENGA BARBOSA,** *et al.*, on behalf of themselves and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 24-5633 |
| **KELLERMEYER BERGENSONS SERVICES, LLC,** | : : : : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 21st day of October, 2025, upon consideration of Plaintiffs' Motion for Conditional Certification and to Issue Notice Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) (ECF No. 25), and the responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED** in part. It is further **ORDERED** as follows:

1. The FLSA Collective is conditionally certified and the FLSA Collective is defined as: all persons throughout the United States who work, or worked, at an Amazon facility providing janitorial services on behalf of Defendant Kellermeyer Bergensons Services LLC and Majestic and/or Magic Quality Maintenance from October 24, 2021, through the date of this Order who were compensated on an hourly basis but not paid overtime.

2. The Parties shall meet and confer as to the notice and dissemination plan and shall provide the Court with a joint proposed Order authorizing the notice and dissemination plan no later than November 18, 2025. The Parties shall cooperate to obtain the names and contact information of the Collective members.

BY THE COURT:

*/s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**